# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** AIDS Vaccine Advocacy Coalition, et al.

**v.**
U.S. Department of State, et al.

**Case No:** 25-5317

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| U.S. Department of State | Donald J. Trump, President of the United State |
| Marco Rubio, Sec'y of State, Acting USAID Adr | U.S. Agency for International Development |
| Office of Management and Budget | |
| Russell T. Vought, OMB Director | |

### Counsel Information

**Lead Counsel:** Daniel Tenny

**Direct Phone:** ( 202 ) 514-1838  Fax: ( ___ ) ___ - ___   **Email:** daniel.tenny@usdoj.gov

**2nd Counsel:** Sean R. Janda

**Direct Phone:** ( 202 ) 514-3388  Fax: ( ___ ) ___ - ___   **Email:** sean.r.janda@usdoj.gov

**3rd Counsel:** Brian J. Springer

**Direct Phone:** ( 202 ) 616-5446  Fax: ( ___ ) ___ - ___   **Email:** brian.j.springer@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530

**Firm Phone:** ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)