**[ORAL ARGUMENT NOT SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

AIDS Vaccine Advocacy Coalition, *et al.*,
    Plaintiffs-Appellees,

v.

United States Department of State, *et al.*,
    Defendants-Appellants.

_____

Global Health Council, *et al.*,
    Plaintiffs-Appellees,

v.

Donald J. Trump, *et al.*,
    Defendants-Appellants.

Nos. 25-5317, 25-5319

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

The issue on appeal in whether the district court erred in entering a preliminary injunction. Potential subsidiary issues include: (1) whether plaintiffs have a cause of action to bring claims regarding defendants' alleged failure to spend appropriated funds; (2) whether the district court erred in requiring defendants to make specific funds available for obligation; (3)

whether plaintiffs properly demonstrated that the equitable factors supported the entry of a preliminary injunction; and (4) whether the district court's preliminary injunction is overbroad.

Respectfully submitted,

DANIEL TENNY

/s/ Sean R. Janda
SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530

October 2025