# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AIDS Vaccine Advocacy Coalition, *et al.,*

Appellees,

v.

United States Department of State, *et al.*,

*Appellants.*

Case No. 25-5319
(consolidated with 25-5317)

Global Health Council, et al.,

*Appellees*,

v.

Donald J. Trump,

*Appellants*.

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies as follows:

### A. Parties and *Amici*

Plaintiffs–appellees in No. 25-5317 are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc.

Plaintiffs-appellees in No. 25-5319 are Global Health Council; Small Business Administration for International Companies; HIAS; Management Sciences for Health; Chemonics International, Inc.; DAI Global, LLC; Democracy International, Inc.; and American Bar Association.

Defendants-appellants in No. 25-5317 are the U.S. Department of State; U.S. Agency for International Development (USAID); the Secretary of State; the Acting Administrator of USAID; the Office of Management and Budget (OMB); the Director of OMB; and Donald J. Trump.

Defendants-appellants in No. 25-5319 are Donald J. Trump; the Secretary of State; the Acting Administrator of USAID; the Acting Deputy Administrator for Policy and Planning of USAID; the Acting Deputy Administrator for Management and Resources of USAID; the Acting Director of Foreign Assistance at the Department of State; the Director of OMB; the U.S. Department of State; USAID; and OMB.

The Constitutional Accountability Center was amicus in district court. In previous appeals in these cases, the following amici appeared: the State of Alabama; the State of Alaska; the State of Arkansas; the State of Florida; the District of Columbia; the State of Georgia; the State of Indiana; the State of Iowa; the State of Colorado; the State of Kansas; the State of California; the State of Louisiana, the State of Arizona; the State of Mississippi; the State of Connecticut;

the State of Nebraska; the State of Delaware; the State of North Dakota; the State of Hawaii; the State of Oklahoma; the State of Illinois; the State of South Dakota; the State of Maine; the State of Tennessee; the State of Maryland; the State of Texas; the State of Massachusetts; the State of Utah; the State of Michigan; the State of West Virginia; the State of Minnesota; the State of Nevada; the State of New Jersey; the State of New Mexico; the State of New York; the State of North Carolina; the State of Oregon; the State of Rhode Island; the State of Vermont; the State of Washington; the State of Wisconsin; the State of Ohio; the State of South Carolina; Project Democracy Project, Inc.; Alan Butler Morrison; the Constitutional Accountability Center; William W. Buzbee; Noah Rosenblum; Jodi Short; Salif Safurdeen Abdool Karim; Dvora Joseph Davey; Mary Doe; and Physicians for Human Rights. In this appeal, there are no amici in this Court as of this filing.

### B. Rulings Under Review

The rulings under review were entered in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.), and *Global Health Council v. Trump*, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. They are the September 3, 2025 Memorandum Opinion Opinion and Order entered in each case at Docket Numbers 145 (*AIDS Vaccine Advocacy Coalition*) and 139 (*Global Health Council*). That ruling is not yet published.

3

**C. Related Cases**

These cases have previously been before this Court as Nos. 25-5046, 25-5047, 25-5097, and 25-5098.

Dated: October 6, 2025

Respectfully Submitted,

/s/ Daniel F. Jacobson
Daniel F. Jacobson
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 6, 2025

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson